```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 2014-31 |
| | ) |
| **JAHMAL A. RIVERA,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

ATTORNEYS:

**Ishmael Meyers**, AUSA
**Ronald Sharpe**, USA
St. Thomas, VI
   *For the United States of America,*

**Martial Webster, Sr.,**
St. Croix, VI
   *For Jahmal A. Rivera.*

### ORDER

**GÓMEZ, J.**

Before the Court is defendant Jahmal A. Rivera's ("Rivera") motion to suppress. For the reasons stated in the accompanying memorandum of even date, it is hereby

**ORDERED** that Rivera's motion to suppress is **GRANTED**; and it is further

*United States v. Rivera*
Criminal No. 2014-31
Order
Page 2

**ORDERED** that all physical evidence obtained from Rivera on April 29, 2014, shall be **SUPPRESSED.**

                                                S\_____
                                                   **CURTIS V. GÓMEZ**
                                                   **District Judge**